FILED

2012 DEC 26 PM 12:21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ALFREDO HERRERA-RIVAS,<br><br>　　　　　Defendant. | Criminal Case No. 12-CR-5034-WQH<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Indictment against defendant Jose Alfredo Herrera-Rivas is dismissed without prejudice in the interests of justice.

DATED: December 16, 2012

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE